STEVEN J. ROTHANS – State Bar No. 106579
JILL WILLIAMS – State Bar No. 221793
CARPENTER, ROTHANS & DUMONT
888 S. Figueroa Street, Suite 1960
Los Angeles, CA 90017
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / jwilliams@crdlaw.com

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

Attorneys for Defendants, CITY OF UPLAND, a public entity, and OFFICERS CHRISTOPHER HILLIARD and RANDALL LAYNE, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD HUPP,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF UPLAND, et al.,<br><br>  Defendants. | Case No.: CV11-01224 VAP (DTBx)<br><br>[Proposed] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

IT IS HEREBY ORDERED that, following stipulation of counsel, the above-entitled matter is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), as to all claims and all defendants.

IT IS SO ORDERED.

DATED: 7/27/12

_____
Honorable Virginia A. Phillips
United States District Court Judge

- 1 -

[Proposed] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE